IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SCOTT MARCONETT,

      Plaintiff,                      No. CIV S-09-3369 EFB P

     vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT, et al.,

      Defendants.            <u>ORDER</u>
                                /

     Plaintiff, a county prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

     Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

////

////

1  Plaintiff's affidavit is incomplete and he has not submitted a certified copy of his trust account
2  statement or the institutional equivalent. He may comply with this requirement by having prison
3  officials complete the "Certificate" portion of the form application for leave to proceed *in forma*
4  *pauperis*.
5       Accordingly, plaintiff has 30 days from the date this order is served to submit the
6  required trust account statement and a completed affidavit. Failure to comply with this order
7  will result in a recommendation that this action be dismissed. The Clerk of the court is directed
8  to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
9       So ordered.
10 DATED: December 23, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2