IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SCOTT MARCONNETT,

    Plaintiff,                    No. CIV S-09-3369 JAM EFB P

    vs.

SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.              ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 4, 2010, the court found that plaintiff had not filed the required trust account statement or completed affidavit in support of his application to proceed in forma paupers and recommended this action be dismissed. On March 10, 2010, plaintiff filed objections. Plaintiff requests an extension of time to submit a completed application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b). Good cause appearing, plaintiff's request will be granted.

        Accordingly, it is ORDERED that:

        1. The March 4, 2010 findings and recommendations are vacated.

        2. Plaintiff's March 10, 2010 request is granted and plaintiff has 30 days from the date this order is served to submit the required trust account statement and a completed affidavit.

1

1 | Failure to comply with this order will result in a recommendation that this action be dismissed.

2 |     3. The Clerk of the court is directed to send to plaintiff a new form Application to

3 | Proceed In Forma Pauperis by a Prisoner.

4 | Dated: June 23, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2