1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VINCENT SCOTT MARCONNETT,

11            Plaintiff,              No. CIV S-09-3369 JAM EFB P

12        vs.

13   SACRAMENTO COUNTY SHERIFF
     DEPARTMENT, et al.,
14
              Defendants.            ORDER
15
     _____/
16
             Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
17
     seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate
18
     Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
19
             On February 23, 2012, the magistrate judge filed findings and recommendations
20
     herein which were served on all parties and which contained notice to all parties that any
21
     objections to the findings and recommendations were to be filed within fourteen days.  Neither
22
     party has filed objections to the findings and recommendations.
23
             The court has reviewed the file and finds the findings and recommendations to be
24
     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
25
     ORDERED that:
26

1

1           1.  The findings and recommendations filed February 23, 2012, are adopted in

2    full; and

3           2.  Defendants' March 10, 2011 motion to dismiss is denied.

4    DATED:    March 29, 2012

5
                                        /s/ John A. Mendez
6                                       UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26