IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SCOTT MARCONNETT,

    Plaintiff,   No. 2:09-cv-3369 JAM EFB P

    vs.

SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,   ORDER RE SETTLEMENT & DISPOSITION

    Defendants.
_____/

    Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on August 30, 2012, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than September 27, 2012.

    All hearing dates set in this matter are **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

    IT IS SO ORDERED.

DATED: August 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE