IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SCOTT MARCONNETT,

     Plaintiff,               No. 2:09-cv-3369 JAM EFB P

    vs.

SACRAMENTO COUNTY SHERIFF
DEPARTMENT, et al.,

     Defendants.            ORDER

_____/

      The above-captioned case settled at a settlement conference held before the undersigned on August 30, 2012. Following the settlement conference, the court issued an order directing that dispositional documents be filed not later than September 27, 2012. On September 26, 2012, that deadline was extended to October 31, 2012.

      Counsel for defendants has requested an additional fifteen days to file the documents disposing of the case. Good cause appearing, the request is granted and dispositional documents shall be filed not later than November 16, 2012.

DATED:   October 31, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE