RANDOLPH CREGGER & CHALFANT LLP
Robert L. Chalfant, SBN: 203051
Wendy Motooka, SBN: 233589
1030 G St.
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email: rlc@randolphlaw.net
       wmotooka@randolphlaw.net

Attorneys for Defendants DEPUTY ARAGON #652
and DR. ROBERT PADILLA (erroneously named
as Dr. Michael Padilla)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SCOTT MARCONNETT,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | Civil Action No. CIV S-09-3369 JAM EFB P<br><br>**STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AND TO ALLOW THE COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF THE SETTLEMENT AGREEMENT; ORDER THEREON** |

WHEREAS Plaintiff VINCENT SCOTT MARCONNETT has filed the above-captioned civil action against defendants SACRAMENTO COUNTY SHERIFF'S DEPUTY ARAGON (#652) and DR. ROBERT PADILLA; and

WHEREAS, following a settlement conference held before the Honorable Edmund F. Brennan on August 30, 2012, plaintiff and defendants have agreed to resolve all differences between them and to settle the instant case fully and finally, pursuant to the terms set forth in the Settlement Agreement attached hereto as Exhibit A;

THE PARTIES NOW HEREBY STIPULATE, through their counsel of record, that the case be dismissed <u>with prejudice</u>, and that the Court shall retain jurisdiction over enforcement of the Settlement Agreement.

1  IT IS SO STIPULATED.

3  Dated: October 18, 2012                    VINCENT SCOTT MARCONNETT

5                                              /s/ Vincent Scott Marconnett
6                                             VINCENT SCOTT MARCONNETT
                                              Plaintiff in Pro Per

8  Dated: October 23, 2012                    RANDOLPH CREGGER & CHALFANT LLP

10                                             /s/ Robert L. Chalfant
                                              ROBERT L. CHALFANT
11                                            Attorneys for Defendants

### [PROPOSED] ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. This action is dismissed with prejudice;
2. The Court shall retain jurisdiction over enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 9, 2012          /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE